**No. 59583.**—The Parfums Robert Piguet, Inc., and Rohner, Gehrig & Co., Inc. *v.* United States, protest 200560–K (New York).

Opinion by JOHNSON, J.   It was stipulated that the issue herein is similar in all material respects to that involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the merchandise, consisting of one case No. 55, reported by the inspector as manifested, not found, was not in fact received by the importer.   In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the merchandise which was reported by the inspector as manifested, not found.   The protest was sustained to this extent.